UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02249-WYD

RENEE M. STAPLETON,

        Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY'S FEES
PURSUANT TO THE EAJA**
_____

On January 15, 2016, the parties filed an stipulated motion for fees in the amount of $579.08 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (ECF No. 16).

Pursuant to the power of this Court to award attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and in light of this Court's Judgment reversing and remanding the Commissioners decision, IT IS THEREFORE ORDERED that the Plaintiff be allowed attorney fees of $579.08, which the Court finds to be reasonable, in full satisfaction of any and all EAJA attorney fee claims Plaintiff may have in this case.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be

made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated:  January 19, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE